(Plaintiff)

*David and Maureen Hale*

*9425 Hawkeye Drive*

*Brewerton NY 13029*

(Defendant)

*State Farm Insurance*

*Rick Francisco, Claims Specialist*

*3621 Vinings Slope SE*

*Suite 1120 PO Box 106169*

*Dan Tivnan, Agent*

*8081 Brewerton Road*

*Cicero, NY.*



5:19-cv-509 (DNH/ATB)

Re: State Farm Claim Number  52-0171-B45

State Farm Policy Number 32K116388

## PRELIMINARY STATEMENT

1. **On May 17, 2017, a named storm event caused significant damage to 9425 Hawkeye Dr., Brewerton NY. 13029 owned by David and Maureen Hale. It was estimated that over 6000 golf ball-sized hail stones struck this property causing significant damage (based on the hail strikes to Plaintiff's cars: Chuck Taylor's body shop estimate).The Plaintiffs requested  that their property be repaired as required by their State Farm insurance policy.(Attachment #1)**

2. **The Plaintiffs have faithfully paid State Farm Insurance for 30 years and, on the first home owners claim, State Farm Insurance provided a low-ball estimate, generated by, what the Plaintiff's contend, was an out-of-state subcontractor to a subcontractor to State Farm (Catastrophic Adjuster Team-CAT).(Attachment #2). This low-ball estimate has been the source of the dispute for approximately 2 years.**

3. **On April 23, 2019, as a component of "Appraisal", the neutral third party Umpire, awarded the Plaintiffs $38,700 vs. the original State Farm CAT estimate of $18,453.20 (pg. 3 of Attachment #2) a significant difference of more than 69%- more than double the original estimate. The estimating standard in the construction industry is 10%. State Farm's CAT estimate was approximately 7 times lower than what the construction industry considers standard and**

**customary.** This significant award supports the Plaintiffs claim that State Farm was grossly negligent in the development in the original estimate. (Attachment #3). At the time of this filing, this award has not been paid to the Plaintiffs.

4. On April 1, 2019, Synapse Engineering Solutions, PLLC issued a demand letter to State Farm for payment of **$12,540.17** for the following tasks; reviewing the flawed State Farm CAT estimate, collecting multiple contractor estimates for repair of the damaged items to submit to State Farm, correspondence with State Farm, attending meetings/calls with State Farm, work efforts associated with "Appraisal" and letters to the Department of Financial Services as required by insurance regulations.

It is the Plaintiff's contention that if State Farm had not been grossly negligent in the development of the fraudulent low ball CAT estimate, but instead, developed an estimate that provided the necessary funds to repair the Plaintiff's property ( as required by the Plaintiff's policy) none of these expenses would have been incurred.

Instead, State Farm was unyielding in their support of the low ball CAT estimate. The Plaintiffs contend that State Farm knowingly and with malice, purposely delayed any settlement with the expectation that the Plaintiff's expenses would result in an "upside-down" settlement- expenses exceeding any potential award. State Farm knowingly rejected Synapse Engineering Solutions invoices and multiple contractor quotes, with the expectation that the more they negotiated in bad faith, and damaged the Plaintiff's finances, the more likely State Farm would exhaust the Plaintiff's financial resources and force them to accept the low ball CAT estimate. The Plaintiff's respectfully request the court order payment for the reasonable engineering costs incurred by the Plaintiffs. (Attachment #4)

### JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including New York Insurance Law Section 2601, Unfair Claims Settlement Practice.

2. Venue is proper in the Northern District of New York pursuant to 28 U.S.C. §1391(b), because all of the events set forth in this complaint occurred in the Northern District of New York.

### PARTIES

1. Plaintiff is the David and Maureen Hale of 9425 Hawkeye Drive, Brewerton, New York.

2. Defendants are State Farm Insurance; Syracuse office: Mr. Rick Francisco, Claims Specialist and Mr. Daniel Tivnan, Independent Agent.

### FACTS

1. The original CAT estimate contains significant errors and omissions that grossly underestimated the actual cost of repairs from the storm damage. The estimate also used negligent construction mean and methods to estimate the procedures necessary to repair the damage, significantly underestimating the extent of the damage. The CAT Adjuster's

gross negligence in understanding the proper construction means and methods also served to significantly underestimate the cost of repairs.

2. It is the Plaintiff's contention that State Farm negotiated in bad faith. They used an out of state subcontractor to develop the flawed original estimate. State Farm then used, what the Plaintiffs contend, was an unlicensed State Farm Adjuster (Mr. Cuda) to attempt to bully and harass the Plaintiffs into accepting the flawed estimate. When State Farm was ultimately required to accept "Appraisal", it is the Plaintiff's contention that the State Farm's Appraiser forced the hiring of an Umpire to further drive up the cost to the Plaintiffs, since State Farm would not agree to the Plaintiff's Appraiser's estimate.

3. In July 2018, Department of Financial Services (DFS) complaint filed,- After a meeting with State Farm in May 2018, the Plaintiffs filed a complaint with the DFS in July 2018 after being unsuccessful in settling the dispute at a meeting on May 8, 2018 with State Farm's Adjuster (Francisco) and the Agent (Tivnan). DFS responded on September 13, 2018 stating "Such issues can only be decided by a court having jurisdiction." This refusal by State Farm to repair the property, forced the Plaintiffs to go to "Appraisal" at considerable cost.(Attachment #5)

4. Violations of Insurance Regulations- The Plaintiff's contend that State Farm has consistently negotiated in bad faith by ignoring the Insurance regulations in New York State. State Farm sent a letter dated November 19, 2018 stating "...we respectfully decline Mr. Niland's (EVP, National Fire Adjustment, Co., Inc.)request for Appraisal on your behalf". (Attachment #6).The Plaintiffs responded with a letter dated November 20, 2018 that State Farm was in violation of NYS Insurance Regulations (Attachment #7)

5. Plaintiff's Letter to State Farm, Mr. Michael Tipsord, CEO dated December 1, 2018- Personal Request For Help- Plaintiffs requested help to settle this claim, by repairing their property, from the State Farm CEO. Ms. Rachael Jones of State Farm, responded to this letter by calling the Plaintiffs and stated the State Farm was now willing (required by law) to go to "Appraisal", required under NYS Insurance Regulations, rather than repair the property. (Attachment #8)

6. Use of Unlicensed Adjuster- State Farm initially used Mr. Joseph Cuda to address the grossly negligent CAT estimate. DFS records showed that Mr. Cuda does not have a valid (expired) Adjuster's License to practice in New York State. A violation of NYS Insurance Regulations.(Attachment #9)

7. State Farm continues to refuse payment to the Plaintiffs as required.

## REQUESTS FOR RELIEF

WHEREFORE the Plaintiff respectfully requests that the Court:

1) Plaintiffs are requesting Total Payment of **$38,700** for repairs to their property as awarded by the Umpire.
2) **Plaintiffs are requesting Total Payment of $12,540.17 (Invoices #1 to #5, from 6/18/2018 through 4/19/2019)** associated with the engineering efforts required to refute State Farm's low ball CAT estimate. The resulting errors and omissions, caused the estimate to significantly underestimate the cost and scope of repairs to the Plaintiffs property and resulted in considerable time and expense to Synapse Engineering Solutions, PLLC.
3) Plaintiffs are requesting payment for their half of the Umpire fees that were required during dispute resolution. If State Farm had not negotiated in bad faith and accepted the Independent Appraiser's dispute resolution recommendations, these costs would not have been incurred. In addition, State Farm's challenges during dispute resolution process served to only drive up the cost of the Umpires fees and Appraiser fees for the Plaintiff.
4) All court fees **($400)**.
5) Plaintiffs are requesting **treble damages** for the above costs, as a result of the Plaintiffs contention, that State Farms willfully and consistently violated NYS Insurance Regulations, including New York Insurance Law Section 2601 , Unfair Claims Settlement Practice.

David W. Hale

9425 Hawkeye Dr.

Brewerton NY, 13029

315.466.2677

Maureen E. Hale

9425 Hawkeye Dr.

Brewerton NY, 13029

315.243.1380

# Attachment #1

HALE, DAVID

52-0171-B45



*DNH COPY*

**State Farm**
**P.O. Box 106169**
**Atlanta, GA 30348-6169**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

*NOT TRUE*

*LOW-BALL ESTIMATE BY A CAT ADJUSTER*

When you have a covered structural damage claim to your real property, you should know:

- We want you to receive quality repair work to restore the damages to your property.

- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.

- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.

- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.

- If you select a contractor whose estimate is the same as or lower than our estimate, based on the same scope of damages, we will pay based upon their estimate. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning repairs.

- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.

- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.

- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

# Attachment #2

 # Building Estimate Summary Guide

**This summary guide is based on a sample estimate and is provided for reference only.**

**Please refer to the estimate for specifics of your claim.**

## State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL6F_MAR 13 |
| Deductible: | $1,000.00 | | Restoration/Service/ |
| | | | Remodel |
| | | | F = Factored In, |
| | | | D = Do Not Apply |

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit [3] | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit) [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & | | | |
| Non - recoverable Depreciation: | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available if Incurred:

| | |
|---|---|
| Total Line Item Depreciation (Including Taxes) [4] | 832.50 |
| Less Non - recoverable Depreciation (Including Taxes) [7] | |
| Subtotal | 312.50 |
| General Contractor O&P on Depreciation | 166.50 |
| Less General Contractor O&P on Non - recoverable Depreciation | |
| Subtotal | |
| Total Maximum Additional Amounts Available if Incurred [8] | |
| Total Amount of Claim if Incurred [9] | |

Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total** – Total value of all line items in the estimate plus possible adjustments for labor minimums. *Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.

2. **General Contractor's Overhead and Profit** – General contractor's charge for coordinating your repairs.

3. **Replacement Cost Value (RCV)** – Estimated cost to repair or replace damaged property.

4. **Depreciation** – The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.

5. **Deductible** – The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.

6. **Net Actual Cash Value Payment (ACV)** – The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible*.

7. **Non Recoverable Depreciation** – *Depreciation* applied to items that are not eligible for replacement cost benefits.

8. **Total Maximum Additional Amount if Incurred** – Total amount of recoverable depreciation after actual repair or replacement of the property.

9. **Total Amount of Claim if Incurred** – Total amount of the claim; including *net actual cash value payment* and *total maximum additional amount available if incurred.*

**State Farm**

52-0171-B45

| | | |
|---|---|---|
| Insured: | HALE, DAVID | Estimate: 52-0171-B45 |
| Property: | 9425 Hawkeye Dr | Claim Number: 520171B45 |
| | Brewerton, NY 13029-9682 | Policy Number: 32-K1-1638-8 |
| Cellular: | 315-243-1380 | Price List: NYSY28_MAY17 |
| Type of Loss: | Hail | Restoration/Service/Remodel |
| Deductible: | $1,417.00 | |
| Date of Loss: | 5/18/2017 | |
| Date Inspected: | 6/6/2017 | |

## Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---|
| Line Item Total | 18,398.33 |
| Total Tax(Rep-Maint) | 1,471.87 |
| Replacement Cost Value | 19,870.20 |
| Less Depreciation (Including Taxes) | (6,646.23) |
| Less Deductible | (1,417.00) |
| Net Actual Cash Value Payment | $11,806.97 |

## Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) | 6,646.23 | |
| Replacement Cost Benefits | | 6,646.23 |
| Total Maximum Additional Amount Available If Incurred | | 6,646.23 |
| Total Amount of Claim If Incurred | | $18,453.20 |

LaBar, Edgar
844-529-5982 x 2534598936

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

# Explanation of Building Replacement Cost Benefits

## Homeowner Policy
## Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---|
| Name: | HALE, DAVID |
| Address: | 9425 Hawkeye Dr |
| City: | Brewerton |
| State/Zip: | NY, 13029-9682 |

| | | | |
|---|---|---|---|
| Insured: | HALE, DAVID | Claim Number: | 520171B45 |
| Date of Loss: | 5/18/2017 | Cause of Loss: | HAIL |

Your insurance policy provides replacement cost coverage for some or all of the loss or damage to your dwelling or structures. Replacement cost coverage pays the actual and necessary cost of repair or replacement, without a deduction for depreciation, subject to your policy's limit of liability. To receive replacement cost benefits you must:

1. Complete the actual repair or replacement of the damaged part of the property within two years of the date of loss; and

2. Notify us within 30 days after the work has been completed.

3. Confirm completion of repair or replacement, by submitting invoices, receipts or other documentation to your agent or claim office.

Until these requirements have been satisfied, our payment(s) to you will be for the actual cash value of the damaged part of the property, which may include a deduction for depreciation.

Without waiving the above requirements, we will consider paying replacement cost benefits prior to actual repair or replacement if we determine repair or replacement costs will be incurred because repairs are substantially under way or you present a signed contract acceptable to us.

The estimate to repair or replace your damaged property is $19,870.20 . The enclosed claim payment to you of $11,806.97 is for the actual cash value of the damaged property at the time of loss, less any deductible that may apply. We determined the actual cash value by deducting depreciation from the estimated repair or replacement cost. Our estimate details the depreciation applied to your loss. Based on our estimate, the additional amount available to you for replacement cost benefits (recoverable depreciation) is $ 6,646.23 .

If you cannot have the repairs completed for the repair/replacement cost estimated, please contact your claim representative prior to beginning repairs.

All policy provisions apply to your claim.

**Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.**

# State Farm

52-0171-B45

**Source - Eagle View**

**Source - Eagle View**



## Roof

| | | | |
|---|---|---|---|
| 2,483.27 | Surface Area | 24.83 | Number of Squares |
| 288.23 | Total Perimeter Length | 58.49 | Total Ridge Length |
| 21.20 | Total Hip Length | | |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Tear off, haul and dispose of comp. shingles - Laminated | | | | | | | |
| | 24.83 SQ | 46.14 | 91.65 | 1,237.31 | | | 1,237.31 |
| 2. Laminated - comp. shingle rfg. - w/ felt | | | | | | | |
| | 27.33 SQ | 257.97 | 564.03 | 7,614.35 | 12/30 yrs Avg. | (3,045.74) 40.00% | 4,568.61 |
| 3. Continuous ridge vent - shingle-over style | | | | | | | |
| | 46.49 LF | 8.60 | 31.98 | 431.79 | 12/35 yrs Avg. | (148.04) 34.29% | 283.75 |
| 4. Flashing - pipe jack | | | | | | | |
| | 1.00 EA | 43.46 | 3.48 | 46.94 | 12/35 yrs Avg. | (16.09) 34.29% | 30.85 |
| 5. R&R Rain cap - 8" | | | | | | | |
| | 1.00 EA | 52.01 | 4.16 | 56.17 | 12/35 yrs Avg. | (19.25) 34.29% | 36.92 |
| 6. R&R Roof window (skylight), 6.1 - 9 sf | | | | | | | |
| | 2.00 EA | 754.57 | 120.73 | 1,629.87 | 12/18 yrs Avg. | (1,086.58) 66.67% | 543.29 |
| 7. Drip edge | | | | | | | |
| | 288.23 LF | 2.36 | 54.42 | 734.64 | 12/35 yrs Avg. | (251.88) 34.29% | 482.76 |
| 8. Ice & water shield | | | | | | | |
| | 718.88 SF | 1.82 | 104.67 | 1,413.03 | 12/30 yrs Avg. | (565.21) 40.00% | 847.82 |
| 9. Remove Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 11.06 SQ | 3.97 | 3.51 | 47.42 | | | 47.42 |
| 10. Additional charge for high roof (2 stories or greater) | | | | | | | |
| | 12.33 SQ | 20.90 | 20.62 | 278.32 | | | 278.32 |
| 11. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | |
| | 118.30 LF | 5.47 | 51.77 | 698.87 | 12/25 yrs Avg. | (335.46) 48.00% | 363.41 |
| 12. R&R Gutter / downspout - plastic | | | | | | | |
| | 32.92 LF | 5.15 | 13.56 | 183.10 | 12/25 yrs Avg. | (87.89) 48.00% | 95.21 |
| **Totals: Roof** | | | **1,064.58** | **14,371.81** | | **5,556.14** | **8,815.67** |

Date:    6/8/2017 2:01 PM

739.33
876
635.58
2250 842

36105
11

151.750

**State Farm**

,D
52-0171-B45

...ls:  Source - Eagle View

1,816.41  Exterior Wall Area
2,483.27  Surface Area          24.83  Number of Squares          576.46  Total Perimeter Length
58.49  Total Ridge Length        21.20  Total Hip Length

| Total: Source - Eagle View | 1,064.58 | 14,371.81 | 5,556.14 | 8,815.67 |
|---|---|---|---|---|

Area Totals:  Source - Eagle View

1,816.41  Exterior Wall Area
2,483.27  Surface Area          24.83  Number of Squares          576.46  Total Perimeter Length
58.49  Total Ridge Length        21.20  Total Hip Length

| Total: Source - Eagle View | 1,064.58 | 14,371.81 | 5,556.14 | 8,815.67 |
|---|---|---|---|---|

**Exterior**

**Front Elevation**

0.00  SF Walls          0.00  SF Ceiling          0.00  SF Walls & Ceiling
0.00  SF Floor          0.00  SF Short Wall        0.00  LF Short Wall
0.00  SF Long Wall        0.00  SF ...               0.00  LF Ceil. Perimeter

*[handwritten: "MATCHING REQUIREMENT FOR UNIFORM APPEARANCE LAW, SMALL ft² IN COMPARISON]*

| QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|

No damage to front elevation - Gutter damage included with roof

| Totals: Front Elevation | | 0.00 | 0.00 | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

*[handwritten: NO, WHEN THE NEW HIP ROOF WAS INSTALLED IT LEFT AN UNPAINTED GAP. ≈ 400 ft²]*

*[handwritten: EAST BUT REALLY NORTH]*

**Right Elevation**

*[handwritten: VOLUME; 3 SIDED  3 SIDED]*

Subroom 1:  Chimney Returns Below Roof          Formula Elevation 41' 4" x 8' 4" x 12'
                                                Formula Elevation 4' 8" x 22' 4" x 0" *[WRONG]*
Subroom 2:  Chimney Above Roof                  Formula Elevation 10' 8" x 4' x 0" *[WRONG]*

739.33  SF Walls          0.00  SF Ceiling          739.33  SF Walls & Ceiling
0.00  SF Floor          739.33  SF Short Wall        56.67  LF Floor Perimeter
739.33  SF Long Wall                              63.13  LF Ceil. Perimeter

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 13. Seal & paint wood siding | 369.67 SF | 0.97 | 28.69 | 387.27 | | | 387.27 |
| Includes sanding | | | | | | | |
| 14. Paint wood siding - 1 coat | 739.33 SF | 0.60 | 35.49 | 479.09 | 4/15 yrs Avg. | (127.75) 26.67% | 351.34 |
| 15. Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | 158.79 | 12.70 | 171.49 | | | 171.49 |

*[handwritten on 13: WHY ½ of #14 (ARE YOU SEALING ONLY HALF?) WHALE ARE THE PRE COSTS?]*
*[handwritten on 14: WHAT PAINT]*
*[handwritten on 15: NEVER WILL HAPPEN]*

**State Farm**

;D

52-0171-B45

**CONTINUED - Right Elevation**

*DOES NOT COVER SIGNIFICANT LABOR (BEHIND THE SIDING)*

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 16. R&R Clothes dryer vent cover | 2.00 EA | 31.50  *16.57 MATERIAL* | 5.04 | 68.04 | 12/30 yrs Avg. | (27.22) 40.00% | 40.82 |
| **Totals: Right Elevation** | | | 81.92 | 1,105.89 | | 154.97 | 950.92 |

*NORTH BUT REALLY WEST*

**Rear Elevation**

*WHY DID "RIGHT ELEVATION" HAVE 12' BUT ZERO HERE?*

Formula Elevation 33' x 18' 4" x 0"

**Subroom 1: Wall Panels - Rightside**    Formula Elevation 23' 1" x 8' 4" x 0"

**Subroom 2: Returns (3)** *(4 CEILING BETWEEN FLOORS 2' x 31')*    Formula Elevation 9' 6" x 8' 4" x 0"

| 876.53 SF Walls | 0.00 SF Ceiling | 876.53 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 876.53 SF Short Wall | 65.58 LF Floor Perimeter |
| 876.53 SF Long Wall | | 65.58 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 17. Seal & paint wood siding | 438.26 SF | 0.97 | 34.01 | 459.12 | | | 459.12 |
| **Includes sanding** | | | | | | | |
| 18. Paint wood siding - 1 coat | 876.53 SF | 0.60 | 42.07 | 567.99 | 4/15 yrs Avg. | (151.47) 26.67% | 416.52 |
| 19. R&R Window screen, 1 - 9 SF | 3.00 EA | 38.51 | 9.24 | 124.77 | 12/30 yrs Avg. | (49.90) 40.00% | 74.87 |
| **Totals: Rear Elevation** | | | 85.32 | 1,151.88 | | 201.37 | 950.51 |

*WEST BUT REALLY EAST*

*THIS IS THE FIGURE HOW DO YOU GET THIS ft²?*

*VOLUME? NONE MATCH FIGURE DIMENSIONS (Pg 12)*

**Left Elevation**

Formula Elevation 29' x 18' 4" x 7' 2"

| 635.58 SF Walls | 0.00 SF Ceiling | 635.58 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 635.58 SF Short Wall | 29.00 LF Floor Perimeter |
| 635.58 SF Long Wall | | 32.35 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 20. Seal & paint wood siding | 317.79 SF | 0.97 | 24.66 | 332.92 | | | 332.92 |

*WHY IS THIS HALF OF #21. SEE #13*

Date:    6/8/2017 2:01 PM

Page: 7

**State Farm**

52-0171-B-45

## CONTINUED - Left Elevation

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| Includes sanding | | | | | | | |
| 21. Paint wood siding - 1 coat | | | | | | | |
| | 635.58 SF | 0.60 | 30.51 | 411.86 | 4/15 yrs Avg. | (109.83) 26.67% | 302.03 |
| 22. R&R Gutter / downspout - plastic | | | | | | | |
| | 3.00 LF | 5.15 | 1.24 | 16.69 | 12/25 yrs Avg. | (8.00) 48.00% | 8.69 |
| Downspout extension | | | | | | | |
| 23. R&R Gutter / downspout - aluminum - up to 5" | | | | | | | |
| | 21.00 LF | 5.47 | 9.19 | 124.06 | 12/25 yrs Avg. | (59.55) 48.00% | 64.51 |
| Downspout - Rear corner | | | | | | | |
| 24. R&R Window screen, 1 - 9 SF | | | | | | | |
| | 2.00 EA | 38.51 | 6.16 | 83.18 | 12/30 yrs Avg. | (33.27) 40.00% | 49.91 |
| Basement windows ??? | | | | | | | |
| Totals: Left Elevation | | | 71.76 | 968.71 | | 210.65 | 758.06 |

### Fencing

| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
|---|---|---|
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 25. Seal & paint - wood fence/gate | | | | | | | |
| | 2,064.00 SF | 0.88 | 145.31 | 1,961.63 | 4/15 yrs Avg. | (523.10) 26.67% | 1,438.53 |
| Includes sanding | | | | | | | |
| 26. R&R Wood fence slat 5/ - 6 high - cedar or equal | | | | | | | |
| | 12.00 EA | 6.62 | 6.35 | 85.79 | | | 85.79 |
| Totals: Fencing | | | 151.66 | 2,047.42 | | 523.10 | 1,524.32 |
| Area Totals: Exterior | | | | | | | |
| 2,251.44 SF Walls | | | 2,251.44 SF Short Wall | | | | |
| 2,251.44 SF Long Wall | | | | | | 2,251.44 SF Walls and Ceiling | |
| | | | | | | 151.25 LF Floor Perimeter | |
| | | | | | | 161.06 LF Ceil. Perimeter | |
| Total: Exterior | | | 390.66 | 5,273.90 | | 1,090.09 | 4,183.81 |

Date:    6/8/2017 2:01 PM

*(handwritten annotations: "Low!", "WAS .97¢", "= 2,000 SF", "REMOVE WHICH 12 OUT of THE FEW HUNDRED (321)", "Page: 4")*

**State Farm**

.iD

52-0171-B45

.s Removal

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| 27. Haul debris - per pickup truck load - including dump fees | | | 9.83 | 132.75 | | | 132.75 |
| | 1.00 EA | 122.92 | | | | | |

*(handwritten: ✓ NO WAY! DROP OFF FEES LAWSUIT THIS AMOUNT)*

Designated for exterior debris and paint trash. Roof debris included with roof

| Totals: Debris Removal | | | 9.83 | 132.75 | | 0.00 | 132.75 |
|---|---|---|---|---|---|---|---|

*(handwritten: LABOR FOR FENCE - KIDDING! DOES NOT INCLUDE MOBILIZATION ETC.)*

**Labor Minimums Applied**

| | QUANTITY | UNIT PRICE | TAX | RCV | AGE/LIFE CONDITION | DEPREC. DEP % | ACV |
|---|---|---|---|---|---|---|---|
| * 28. Fencing labor minimum | | | 6.80 | 91.74 | | | 91.74 |
| | 1.00 EA | 84.94 | | | | | |

| Totals: Labor Minimums Applied | | | 6.80 | 91.74 | | 0.00 | 91.74 |
|---|---|---|---|---|---|---|---|

| Line Item Totals: 52-0171-B45 | | | 1,471.87 | 19,870.20 | | 6,646.23 | 13,223.97 |
|---|---|---|---|---|---|---|---|

**Grand Total Areas:**

| | | |
|---|---|---|
| 2,251.44 SF Walls | 2,251.44 SF Short Wall | 2,251.44 SF Walls and Ceiling |
| 2,251.44 SF Long Wall | | 151.25 LF Floor Perimeter |
| | | 161.06 LF Ceil. Perimeter |

| | | |
|---|---|---|
| 1,816.41 Exterior Wall Area | | |

| | | |
|---|---|---|
| 2,483.27 Surface Area | 24.83 Number of Squares | 576.46 Total Perimeter Length |
| 58.49 Total Ridge Length | 21.20 Total Hip Length | |

## Trade Summary
Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| CRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **DMO    GENERAL DEMOLITION** | | | | | |
| Haul debris - per pickup truck load - including dump fees | 1.00 EA | $132.75 | $132.75 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$132.75** | **$132.75** | **$0.00** | **$0.00** |
| **FEN    FENCING** | | | | | |
| Fencing labor minimum | 1.00 EA | $91.74 | $91.74 | $0.00 | $0.00 |
| R&R Wood fence slat 5' - 6' high - cedar or equal | 12.00 EA | $85.79 | $85.79 | $0.00 | $0.00 |
| **TOTAL FENCING** | | **$177.53** | **$177.53** | **$0.00** | **$0.00** |
| **HVC    HEAT, VENT & AIR CONDITIONING** | | | | | |
| Comb and straighten a/c condenser fins - with trip charge | 1.00 EA | $171.49 | $171.49 | $0.00 | $0.00 |
| R&R Clothes dryer vent cover | 2.00 EA | $68.04 | $40.82 | $0.00 | $27.22 |
| **TOTAL HEAT, VENT & AIR CONDITIONING** | | **$239.53** | **$212.31** | **$0.00** | **$27.22** |
| **PNT    PAINTING** | | | | | |
| Seal & paint - wood fence/gate | 2,064.00 SF | $1,961.63 | $1,438.53 | $0.00 | $523.10 |
| Seal & paint wood siding | 1,125.72 SF | $1,179.31 | $1,179.31 | $0.00 | $0.00 |
| Paint wood siding - 1 coat | 2,251.44 SF | $1,458.94 | $1,069.89 | $0.00 | $389.05 |
| **TOTAL PAINTING** | | **$4,599.88** | **$3,687.73** | **$0.00** | **$912.15** |
| **RFG    ROOFING** | | | | | |
| Laminated - comp. shingle rfg. - w/ felt | 27.33 SQ | $7,614.35 | $4,568.61 | $0.00 | $3,045.74 |
| Remove Tear off, haul and dispose of comp. shingles - Laminated | 24.83 SQ | $1,237.31 | $1,237.31 | $0.00 | $0.00 |
| Drip edge | 288.23 LF | $734.64 | $482.76 | $0.00 | $251.88 |
| Flashing - pipe jack | 1.00 EA | $46.94 | $30.85 | $0.00 | $16.09 |
| Additional charge for high roof (2 stories or greater) | 12.33 SQ | $278.32 | $278.32 | $0.00 | $0.00 |
| Remove Additional charge for high roof (2 stories or greater) | 11.06 SQ | $47.42 | $47.42 | $0.00 | $0.00 |
| Ice & water shield | 718.88 SF | $1,413.03 | $847.82 | $0.00 | $565.21 |
| R&R Rain cap - 8" | 1.00 EA | $56.17 | $36.92 | $0.00 | $19.25 |
| Continuous ridge vent - shingle-over style | 46.49 LF | $431.79 | $283.75 | $0.00 | $148.04 |
| **TOTAL ROOFING** | | **$11,859.97** | **$7,813.76** | **$0.00** | **$4,046.21** |
| **SFG    SOFFIT, FASCIA, & GUTTER** | | | | | |
| R&R Gutter / downspout - aluminum - up to 5" | 139.30 LF | $822.93 | $427.92 | $0.00 | $395.01 |

*Handwritten annotations: "How DID THEY GET ONLY 12?" near Fencing; "≈ 7.15/Fence Boards"; "NO WAY" annotations; "NO WAY! WHAT CONTRACTOR WILL SHOW UP FOR THIS?" near Heat/Vent section.*

Note: Slight variances may be found within report sections due to rounding

Date:    6/8/2017 2:01 PM

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| ‚CRIPTION | LINE ITEM QTY | REPL. COST TOTAL | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|
| **SFG     SOFFIT, FASCIA, & GUTTER** | | | | | |
| R&R Gutter / downspout - plastic | 35.92 LF | $199.79 | $103.90 | $0.00 | $95.89 |
| **TOTAL SOFFIT, FASCIA, & GUTTER** | | **$1,022.72** | **$531.82** | **$0.00** | **$490.90** |
| **WDR     WINDOW REGLAZING & REPAIR** | | | | | |
| R&R Window screen, 1 - 9 SF | 5.00 EA | $207.95 | $124.78 | $0.00 | $83.17 |
| **TOTAL WINDOW REGLAZING & REPAIR** | | **$207.95** | **$124.78** | **$0.00** | **$83.17** |
| **WDS     WINDOWS - SKYLIGHTS** | | | | | |
| R&R Roof window (skylight), 6.1 - 9 sf | 2.00 EA | $1,629.87 | $543.29 | $0.00 | $1,086.58 |
| **TOTAL WINDOWS - SKYLIGHTS** | | **$1,629.87** | **$543.29** | **$0.00** | **$1,086.58** |
| **TOTALS** | | **$19,870.20** | **$13,223.97** | **$0.00** | **$6,646.23** |

Note:  Slight variances may be found within report sections due to rounding

Source - Eagle View - Source - Eagle View

# Attachment #3

# APPRAISAL AWARD

Hail Loss – May 18, 2017
David W. Hale
9425 Hawkeye Drive
Brewerton, NY 13029
CLAIM#: 52-0171-B45

- Replacement Cost Loss          $ 38,700.00
- Actual Cash Value Loss:         $ 34,200.00
- Recoverable Depreciation:       $ 4,500.00 (Applicable to Siding)

❖ This Award does not take in to account any previous Advance payments that may have been made prior to the issuance of this Award. This Award includes NO Third Party Expenses.

**Award Agreed to by:**

Dennis E. Niland, Appraiser for Insured

Patrick Young, Appraiser for State Farm Insurance

Thomas Milazzo, Appointed Umpire

LISA M RADIO
Notary Public in the State of New York
Qualified in Onondaga County No 02RA5016574
My Commission Expires August 16, 2021

# Attachment #4

April 1, 2019

State Farm Insurance

PO Box 106169

Atlanta, GA 30348

WWW.Statefarmfireclaims@statefarm.com

Attn: Rick Francisco, Claims Specialist

State Farm Insurance

8081 Brewerton Road

Cicero, NY

Attn: Dan Tivnan, State Farm Agent

Re: State Farm Insurance Dispute Resolution Claim# 520171B45- **Demand for Payment**

Dear Sirs:

As you are aware, State Farm has been routinely invoiced regarding the above referenced claim associated with dispute resolution.

This letter serves as formal notice that you are in default of payment.

**Demand is hereby made for $12,540.17 for the attached invoice summary.**

Payment has been overdue and you have failed to pay despite repeated requests.

Unless payment of the above amount is received within 10 business days, we reserve the right to exercise all rights and remedies to enforce payment under the law including interest and legal expense.


Sincerely,


Maureen and David Hale, P.E.

9425 Hawkeye Dr.

Brewerton NY 13029



**SYNAPSE**
**ENGINEERING SOLUTIONS**
PO Box 823  Brewerton, NY 13029

April 1, 2019

Accounts Payable
State Farm
8081 Brewerton Road
Cicero, NY  13039-9585

Attn: Mr. Dan Tivnan

Re: State Farm Insurance Dispute Resolution Claim # 520171B45
SES Invoice No 5-2019

Dear Mr. Dan Tivnan:

Enclosed please find Synapse Engineering Solutions' invoice for services associated with
the dispute resolution associated with hail damage to 9425 Hawkeye Drive, Brewerton
NY 13029. In addition, we have summarized the overdue invoices that require payment:

- Meeting/Coordination with SF Dispute Resolution Appraiser (1/15); and
- Meeting/Coordination with SF Umpire.

This invoice is for January-March 2019.

The following summarizes the invoice expenditures to date:

| Invoice/P.O. | Invoice/P.O. Amount |
|---|---|
| Invoice #1-2018 Amount Past Due | ($) 2058.75 |
| Invoice #2-2018 Amount Past Due | ($)3123.92 |
| Invoice #3-2018 Amount Past Due | ($) 3847.50 |
| Invoice #4-2018 Amount Past Due | ($)2430.00 |
| Invoice#5-2019-Amount Due this Invoice | ($)1080.00 |
| **Total Due** | **($)12,540.17** |

Should you have any questions, please feel free to call me at 315.466.2677.

Sincerely,

David W. Hale, PE
Synapse Engineering Solutions, PLLC



# INVOICE

Accounts Payable
State Farm
8081 Brewerton Road
Cicero, New York 13039

Date: 06.30.2018
Invoice #: 0001

Engineering Services for Dispute Claim # 520171B45

Services Rendered: June 8, 2017 to June 30,2018

Task 001 - General Engineering Services

| Labor Category | Hours | Rate | Total |
|---|---|---|---|
| **I.  Meeting with Mr. Labar** | | | |
| Principal-in-Charge (David Hale) | 0.25 | 135.00 | $33.75 |
| **II. Review of June 8, 2017 Guestimate** | | | |
| Principal-in-Charge (David Hale) | 7.5 | 135 | $1,012.50 |
| **III. Meeting with Mr. Tivnan** | 2.5 | 135 | 337.5 |
| Principal-in-Charge (David Hale) | | | |
| **IV. Development of Dispute Letter** | 4.5 | 135 | $607.50 |
| Principal-in-Charge (David Hale) | | | |
| **V. Meeting with Fencing Contractor** | 0.5 | 135 | $67.50 |
| Principal-in-Charge (David Hale) | | | |
| | | **Total Labor** | **$2,058.75** |

Expenses
**Direct Expenses:**

|  |  |
|---|---|
| | $0.00 |
| | 0 |
| 5% Fee on Direct Expenses | $0.00 |
| Subtotal (Direct Expenses) | $0.00 |

**Mileage Expenses:**

|  |  |
|---|---|
| 0 miles | $0.00 |
| Subtotal (Mileage) | $0.00 |

**Subtotal Expenses:**                                   $0.00

**Total Expenses and Labor (Task 001):  $2,058.75**

**Invoice Total: $2,058.75**



**S Y N A P S E**
**ENGINEERING SOLUTIONS**
PO Box 823   Brewerton, NY 13029

July 24, 2018

Accounts Payable
**State Farm**
8081 Brewerton Road
Cicero, NY  13039-9585

Attn: Mr. Dan Tivnan

Re: State Farm Insurance Dispute Resolution Claim # 520171B45
SES Invoice No. 2-2018

Dear Mr. Dan Tivnan:

Enclosed please find Synapse Engineering Solutions' invoice for services associated with the dispute resolution associated with hail damage to 9425 Hawkeye Drive, Brewerton NY 13029:

- Meeting on June 7, 2018 with D. Tivnan and R. Francisco;
- Development of painting and fencing letters for SF;
- Development of the Dispute Letter for the NYS Attorney General Office, State Insurance Department and State Farm; and
- Meeting on June 20, 2018 with painting Contractor.

This invoice is for the period June 2018 – July 24, 2018.

The following summarizes the invoice expenditures to date:

| Invoice/P.O. | Invoice/P.O. Amount |
|---|---|
| **Invoice #2-2018 Amount Due this Invoice** | **($) 3,123.92** |

Should you have any questions, please feel free to call me at 315.466.2677.

Sincerely,

David W. Hale, PE
Synapse Engineering Solutions, PLLC



# INVOICE

Accounts Payable
State Farm
8081 Brewerton Road
Cicero, New York 13039

Date: 07.24.2018
Invoice #: 0002

Engineering Services for Dispute Claim # 520171B45

Services Rendered: June 8, 2017 to June 30, 2018

Task 001 - General Engineering Services

| Labor Category | Hours | Rate | Total |
|---|---|---|---|
| **I. Meeting with SF-6.7,2018** | | | |
| Principal-in-Charge (David Hale) | 3 | 135.00 | $405.00 |
| **II. Development of fencing and painting letters requested by SF** | | | |
| Principal-in-Charge (David Hale) | 7.5 | 135 | $1,012.50 |
| **III. Development of Dispute Letter** | 11.5 | 135 | $1,552.50 |
| Principal-in-Charge (David Hale) | | | |
| **IV. Meeting with Painting Contractor** | 0.5 | 135 | $67.50 |
| Principal-in-Charge (David Hale) | | | |
| | | **Total Labor** | **$3,037.50** |

Expenses
**Direct Expenses:**

| | | |
|---|---|---|
| Fed Exp to SF | | $82.30 0 |
| 5% Fee on Direct Expenses | | $4.12 |
| Subtotal (Direct Expenses) | | $86.42 |

**Mileage Expenses:**

| | | |
|---|---|---|
| 0 miles | | $0.00 |
| Subtotal (Mileage) | | $0.00 |
| **Subtotal Expenses:** | | $86.42 |

**Total Expenses and Labor (Task 001):  $3,123.92**

**Invoice Total:  $3,123.92**



# INVOICE

Accounts Payable
State Farm
8081 Brewerton Road
Cicero, New York 13039

Date: 06.30.2018
Invoice #: 0001

Engineering Services for Dispute Claim # 520171B45

Services Rendered: Auguest 2018 to September2018

Task 001 - General Engineering Services

| Labor Category | Hours | Rate | Total |
|---|---|---|---|
| **I. Review of June 8, 2017 Guestimate** | | | |
| Principal-in-Charge (David Hale) | 15 | 135 | $2,025.00 |
| **II. Development of Dispute Letter** | 13 | 135 | $1,755.00 |
| Principal-in-Charge (David Hale) | 0.5 | 135 | $67.50 |
| | | **Total Labor** | **$3,847.50** |

Expenses
**Direct Expenses:**

| | |
|---|---|
| | $0.00 |
| | 0 |
| 5% Fee on Direct Expenses | $0.00 |
| Subtotal (Direct Expenses) | $0.00 |

**Mileage Expenses:**

| | |
|---|---|
| 0 miles | $0.00 |
| Subtotal (Mileage) | $0.00 |
| **Subtotal Expenses:** | $0.00 |

Total Expenses and Labor (Task 001):  **$3,847.50**

Invoice Total:  **$3,847.50**



# INVOICE

Accounts Payable
State Farm
8081 Brewerton Road
Cicero, New York 13039

Date: 11.28.2018
Invoice #: 0004

Engineering Services for Dispute Claim # 520171B45

Services Rendered: November 2018

Task 001 - General Engineering Services

| Labor Category | Hours | Rate | Total |
|---|---|---|---|
| **I. Meeting/Coordination with NFA team** | | | |
| Principal-in-Charge (David Hale) | 5 | 135 | $675.00 |
| **II. Development of Dispute Letter(2)** | 13 | 135 | $1,755.00 |
| Principal-in-Charge (David Hale) | | | |
| | 0 | | $0.00 |
| | | **Total Labor** | **$2,430.00** |

Expenses
**Direct Expenses:**

|  |  |
|---|---|
| | $0.00 |
| | 0 |
| 5% Fee on Direct Expenses | $0.00 |
| Subtotal (Direct Expenses) | $0.00 |

**Mileage Expenses:**

|  |  |
|---|---|
| 0 miles | $0.00 |
| Subtotal (Mileage) | $0.00 |
| **Subtotal Expenses:** | $0.00 |

Total Expenses and Labor (Task 001):  $2,430.00

Invoice Total:  $2,430.00



# INVOICE

Accounts Payable
State Farm
8081 Brewerton Road
Cicero, New York 13039

Date: 4.1.2019
Invoice #: 0005

Engineering Services for Dispute Claim # 520171B45

Services Rendered: Jan-March 2019

## Task 001 - General Engineering Services

| Labor Category | Hours | Rate | Total |
|---|---|---|---|
| **I. Meeting/Coordination with NFA team** | | | |
| Principal-in-Charge (David Hale) | 8 | 135 | $1,080.00 |

| | | |
|---|---|---|
| **Total Labor** | | **$1,080.00** |

Expenses
**Direct Expenses:**

| | |
|---|---|
| | $0.00 |
| | 0 |
| 5% Fee on Direct Expenses | $0.00 |
| Subtotal (Direct Expenses) | $0.00 |

**Mileage Expenses:**

| | |
|---|---|
| 0 miles | $0.00 |
| Subtotal (Mileage) | $0.00 |

| | |
|---|---|
| **Subtotal Expenses:** | $0.00 |

**Total Expenses and Labor (Task 001): $1,080.00**

**Invoice Total: $1,080.00**

# Attachment #5



NEW YORK STATE
# DEPARTMENT *of*
# FINANCIAL SERVICES

Andrew Cuomo                                                                                        Marla T. Vullo
Governor                                                                                            Superintendent

David & Maureen Hale
9425 Hawkeye Drive
Brewerton, NY 10329


September 13, 2018


**RE:**    Dept. File #: CSB-2018-1266425
Your Complaint Against: State Farm Mutual Automobile Ins Co


Dear Mr. & Mrs. Hale:

This letter refers to the complaint you filed with this Department.

The company's offer is based on its adjuster's estimates.

This disputed claim involves questions of fact as to the amount of damage or the amount of settlement for your claim, an issue which this Department is without authority to decide. Such issues can only be decided by a court having jurisdiction.

We regret that we cannot be of assistance to you.

Sincerely,

*Joel Echavarria*

Joel Echavarria
Examiner, Consumer Assistance Unit
212-480-3156
212-480-6282 (Fax)

# Attachment #6


**StateFarm**

State Farm Fire and Casualty Company

November 19, 2018

DAVID AND MAUREEN HALE
9425 HAWKEYE DR
BREWERTON, NY 13029

State Farm Insurance Companies
Fire Claims
PO BOX 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

SEND VIA REGULAR MAIL AND EMAIL

RE:    Claim Number:    52-0171-B45
       Insured:         David and Maureen Hale
       Date of Loss:    5/18/17
       Policy Number:   32-K1-1638-8

Dear Mr and Mrs Hale:

We acknowledge receipt of a phone message on November 13, 2018 from Dennis Niland  at National Fire Adjustment Co.  He claimed he was hired by you for Appraisal.

Under the terms and condition of your policy if one party feels we  fail to agree a written Demand for Appraisal is required by the party that feels there is a disagreement.   Each party must select a competent, disinterested appraiser.

Since we have not received a written Demand for Appraisal, we respectfully decline Mr . Niland's request for Appraisal on your behalf.

Pursuant to the Section I – Conditions in your policy (Homeowners Policy – FP 7955.NY) we direct your attention to the Appraisal Condition.

52-0171-B45
Page 2
November 16, 2018

# Attachment #7

11.20.2018


CC: New York Department of Financial Services

One State Street

New York, NY 10004-1511


CC: New York Insurance Department                    CC: Office of the Attorney General

One Commerce Plaza                                   The Capital

Albany, NY 12257                                     Albany NY 12224-0341

                                                     Attn: Barbara Underwood

 **State Farm Insurance**

**PO Box 106169**

**Atlanta, GA 30348**

**WWW.Statefarmfireclaims@statefarm.com**


Re: State Farm Insurance Dispute Resolution Claim# 520171B45- **Notice of Violation of New York State Insurance Laws and State Farm Policy Number 32-K11638-8. (Attachment #13)**


Dear Sir or Madam:

Pursuant to your State Farm letter dated November 20, 2018 where you refused to meet with Mr. Niland, Executive Vice President of National Fire Adjustment Co., State Farm, this is in violation of New York State Insurance Laws and State Farm Policy Number 32-K11638-8.

### Factual Documentation of Demand for Appraisal Letter(s)

As summarized below, SF has received four (4) previous demands for appraisal requests and this letter serves as the fifth (5) letter of demand.

    <u>i.</u>       <u>SF Comment #1:</u> "Each shall notify the other of the appraiser's identity within 20 days of receipt of the written demand."

<u>Demand for Appraisal #1:</u> In SF letter dated October 4, 2018, SF acknowledges the August 1, 2018 correspondence (note the 2 month delay in SF response) "in a different direction". To be factual, SF offered to pay for their own adjuster or engineer to review their previous estimate. However, we expressed to your Ms. Rochelle Jones our concern that this person or organization would not be "competent, disinterested appraiser" (see SF policy- 4.requirements) since they were being paid directly by SF. SF refused a disinterested third party review request and thus we issued a demand for appraisal request at that time. Unfortunately, SF quote of" in a different direction" lacks candor. "in a different direction with a third party review" is what was discussed.

**Violation Days beyond the 20 day requirement: 110 Days**

<u>Demand for Appraisal #2:</u> On August 9, 2018 we called Mr. Dan Tivnan, and provided the name of Mr. Niland for contact by Mr. Rick Francisco of SF.

**Violation Days beyond the 20 day requirement: 102 Days**

<u>Demand for Appraisal #3:</u> On August 9, 2018 we again emailed Mr. Dan Tivnan. This is part of Mr. Tivan's response:

*"I just wanted to confirm from our phone call that I updated the file regarding 3ʳᵈ party and the AG/DFS case #'s.*

*I just wanted to get a new address for you and Mr. Niland for State Farm claims.  The Georgia address we were using has been changed and used for a different unit of State Farm."*

SF lacks condor in their November 19,2018 letter that they did not get a "Demand of Appraisal" request based on their August 9, 2018 response. SF even mentions Mr. Niland by name.

**Violation Days beyond the 20 day requirement:  102 days**

<u>Demand for Appraisal #4:</u> On October 23, 2018 we again contacted Mr. Tivnan to demand that Mr. Niland and SF communicate to resolve this dispute.

**Violation Days beyond the 20 day requirement: 27 days**

<u>Demand for Appraisal #5:</u> This document.

    <u>II.</u>      <u>SF comment 2#:</u>

*"Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the Department either on its website at*

*http://www.dfs.ny.gov/consumer/filecomplaint.htm or you may write to or visit the Consumer Assistance Unit, Financial Frauds and Consumer Protection Division, New York State Department of Financial Services at:  One State Street, New York, New York 10004; One Commerce Plaza, Albany, New*

*York 12257; 1399 Franklin Avenue, Garden City, New York 11530 or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, New York 14202."*

Response #2: This was previously done on July 31, 2018. Please review your records. DFS case number CSB-2018-1264584 was previously assigned to this project. This was previously transmitted, via email, to SF on July 31, 2018 via Mr. Dan Tivnan.

In addition, we previously filed a complaint on SF's use of out of state/unlicensed Adjusters (LaBar /Cuda) to develop the previous flawed cost estimate. The NYSDFS is still investigating this claim with an estimated response of summer 2019.

The fact is that SF has never once been in compliance with the 20 day requirement. The record indicates that SF responses can take more than 3 months to occur.

**Summary**

*We are demanding that SF abide by NYS Insurance Regulations and act in accordance with their own policy requirements. Please immediately contact Mr. Niland as we have request on this 5th demand for appraisal to resolve this 1.7 year- old claim.*

*Sincerely*

*Maureen and David Hale, P.E.*

*Cc: Mr. Michael Tipsord, CEO, State Farm Insurance*

*Mr. Dennis Niland, EVP National Fire Adjustment Co.*

*Mr. Dan Tivnan, SF Agent (insert document into the record)*

*Mr. Gary Berkowitz, SF Agent*

*Mr. Ron Lombard, General Station Manager, Spectrum Broadcasting*

*Saddle Creek Home Owners Association*

*Champlain on the Lake Homeowners Association*

*Mirlago Home Owners Association*

# Attachment #8

12.01.2018


**State Farm Insurance**

**PO Box 106169**

**Atlanta, GA 30348**

**ATTN: Mr. Michael Tipsord, CEO, State Farm Insurance**


Re: State Farm Insurance Dispute Resolution Claim# 520171B45- **Personal Request for help**


Dear Mr. Tipsord:

My wife and I would like to personally request your intervention in an almost two year ongoing dispute resolution with State Farm. We have been a loyal State Farm client for over 30 years and suffered a hail storm where over 6000 golf ball-sized hail stones struck our home and property. We are simply requesting that you have someone contact Mr. Dan Tivnan (315.699.8000) and have our home painted and our fence repaired. It is unbelievably that simple. It is equally unbelievable that State Farm has fought this relatively small claim for 2 years as a result of a poorly performed initial State Farm cost estimate.

First, the good news is that we had 3 vehicles damaged by hail and State Farm did exactly has we had always hoped, our vehicles were repaired in less that 3 weeks. Great Job!

Second, unfortunately, our home and property was also damaged and this portion of the claim has been a disaster in trying to work with State Farm- worse than the actual storm.

**"Like a Good neighbor State Farm is there"**

We believed this slogan. We are honest people and believe in our neighbors and our neighborhood. State Farms recent letter (attached)that refuses to meet with a non-bias third party to review the State Farm Damage Estimates requires us to sue State Farm and thus indirectly our neighbors. We are horrified that this is State Farm's strategy.

**Good Neighbors don't sue Neighbors.**

We recent met with an attorney and are horrified at the thought of suing our neighbors. We paid more for State Farm Insurance to support our neighbors not sue them. Your State Farm agent is a hard working young man that was recently married. Your most recent Adjuster is a softball player in our community league. We listened to our attorney discuss how to litigate this case and attack these

individuals and your organization....all because State Farm can't figure out how to paint a house and fix a fence? It's just not right, American or neighborly that we are required to do this to these families.

The following Executive Summary is provided:

1) <u>Don't read the attachments- just weigh them</u>- Does it really take 3 pound of paper, over an inch thick, for State Farm to paint a 2000 sqft. modest home? Dozens of letters and hundreds of email have resulted in no progress in almost two years. We are literally the last home not to be repaired after this storm and are currently being fined for violation of our community covanence. Ironically, State Farm has repaired many of the neighbors' homes and has even replaced our neighbor's siding .We can't even get our home painted as a result of the errors and omission in the original State Farm estimate.

2) <u>Use of unlicensed/out of state adjusters</u>- This is the source of the problem. A subcontractor to a subcontractor to State Farm grossly underestimated the cost of the repairs. This is the source of our nightmare with State Farm.

3) <u>High State Farm Employee turnover</u>- We have dealt with 7 State Farm representatives over the last 2 years. The turnover is constant, requiring us to start over with each new person. (Our attorney suggested that this is a strategy to frustrate the policy holders and suggested that we subpoena these employees- we don't believe that but do believe employees leave for a reason.)

4) <u>NYS Department of Financial Services case number #CSB-2018-1264584.</u> We did take this matter up with this organization as State Farm requested. They are currently investigating the use of unlicensed adjusters by State Farm (findings anticipated in 2019 with possible fines?) and they provided a list of Attorneys to hire after reviewing the file.

5) <u>NYS Attorney Generals Office case number # 18-016533</u>- Also, suggested we hire an attorney after reviewing the file.

6) <u>Hired National Fire Adjustment Company (Executive Vice President Dennis Nisland)</u>-Because of the lack of State Farm progress we hired NFA to review the State Farm estimate and provide a non-bias third party review. State Farm has rejected this approach (see attached).Why would State Farm reject this approach if State Farm was confident in their original estimate? FYI, we have been told that this rejection is in violation of NYS Insurance Law.

7) <u>Cost of litigation will exceed the cost of any settlement</u>- What did the development of 3 pounds of paperwork cost all parties? We could have already repaired our property for the time and expense spent on this dispute. This future litigation will far exceed the cost of an honest settlement and thus precludes us from settling for just the cost of repairs.

8) <u>Should it really take the Northern District Court's time to figure out how to paint a house?</u> It seems unbelievable to have to sue to get an honest settlement to have our property repaired by State Farm. We have provided multiple estimates by various contractors to do the various repairs-all rejected by State Farm.

Summary

If State Farm honestly believes that we can have our home painted for $2,100 when ALL the estimates are between $11,200 to $15,000+ and that a 230 linear foot, 6 foot-high stockade fence can be repaired for $177 (estimates are up to $8,000+) we would welcome the name of the contractors to do this work.

**Timeframe/Schedule**

State Farm has stated that they are going to drop our claim in the next 60 days. We respectfully request your assistance as soon as possible.

Thank you for your assistance in advance. As senior citizens, we are unable to repair our property ourselves and thus, for the first time in 30 years, must rely on our insurance. Please let us believe that State Farm is "like a good neighbor" and will be the honest and fair in settling this claim. We don't want to sue our "good neighbors" and can't understand how our auto claim could have been handled so professionally and without any issues but our home repairs so completely dysfunctional. Please call Mr. Tivnan at 315.699.8000 and simply have our house painted and our fence repaired as required by our insurance.

Sincerely,


Maureen and David Hale

9425 Hawkeye Dr

Brewerton NY 13029

315.466.2677

# Attachment #9



DEPARTMENT
FINANCIAL SERVICES

Home | Help | Producer Search

### Instructions

1. In the **Search By** field choose either Individual or Business Entity. **TBA licenses** (transacting business as) are included in the Business Entity search along with Corporations, Partnerships, and Limited Liability Companies.

2. To narrow your search result, enter values in multiple fields.

3. Select one or more of the following to search: Name, NY License #, National Producer Number

4. Select Search to perform your search.

5. To view/open a record from your result list, click on the name.

6. Click on the **HELP** button for additional instructions.

7. Do **not use the Back Button**. Use either the Reset Button or Producer Search Link.

1. **\*\*Please note that Reinsurance Intermediaries** records are **NOT AVAILABLE** for viewing at this time.

Search By [Individual ▼]                                    Sort By [Select ▼]

License# [548068]                                  National Producer Number [ ]

Last Name [cuda]    First Name [joseph]              Middle Name [ ]

Class [Select ▼]                                            City [ ]

State [Select ▼]

[ Search ]  [ Reset ]  [ Help ]

**Name CUDA, JOSEPH S**
**License#** 548068          **Business Type** Individual                    **Home State** New York
**Class**
      INDEPENDENT ADJUSTER (01/01/2015 - 12/31/2016)   **Status** - Expired   **Status Date** - 12/31/2016

Accessibility | Contact Us | Disclaimer | Privacy Policy | Site Map
Best viewed on 1024x768 resolution

*CUDA - NO LICENSE FOR ≈ 1.5 YEARS*